In the United States Court of Federal Claims

No. 12-90 C

(Filed August 5, 2013)

```
* * * * * * * * * * * * * * * * * * * *
EMT TRANSPORTATION              *
VETERANS SERVICES, L.L.C.,      *
                                *
        Plaintiff,              *
                                *
        v.                      *
                                *
THE UNITED STATES,              *
                                *
        Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 2, 2013, defendant filed an Unopposed Motion to Extend the Discovery Period by 120 days in order to allow the parties to discuss settlement in this matter.  For good cause shown, it is hereby **ORDERED** that

  (1)  Defendant's motion is **GRANTED**;

  (2)  All **fact discovery**, including production of documents, depositions, interrogatories and requests for admission, shall be **COMPLETED** no later than **December 5, 2013**;

  (3)  On or before **December 26, 2013**, the parties shall have **COMPLETED** all **written discovery**;

  (4)  All **discovery** shall be **COMPLETED** no later than **February 27, 2014**; and

  (5)  On **March 13, 2014**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to

**FILE** a **Joint Status Report** . The status report shall state whether settlement is a feasible option in this case or whether the parties intend to file dispositive motions. If dispositive motions are to be filed, the status report shall set forth a proposed schedule in that regard. If neither settlement nor dispositive motions are viable, the parties shall set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

/s/Lynn J. Bush
LYNN J. BUSH
Judge